December 23, 2020

<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. Nos. <u>19-2424 & 19-2932</u>

UNITED STATES OF AMERICA

    v.

DYLAN HEATHERLY, a/k/a "Daniel Sotherland," a/k/a "John Doe-9,"

        Appellant in 19-2424

    (M.D. Pa. No. 1:16-cr-00082-010)

_____

UNITED STATES OF AMERICA

    v.

WILLIAM STAPLES, a/k/a "Bill Simpson," a/k/a "John Doe-7,"

        Appellant in 19-2932

    (M.D. Pa. No. 1:16-cr-00082-008)

Present:   McKEE, BIBAS, and FUENTES, <u>Circuit Judges</u>

    Submitted is Appellee's motion to amend the panel's precedential opinion in the above-captioned case.

                                  Respectfully,
                                  Clerk

_____ORDER_____

    The foregoing motion to amend the opinion is granted. The opinion shall be amended in minor respects on page 11. These amendments do not alter the Court's disposition or judgment as previously entered. So the date for entry of judgment will not be altered. The Clerk is directed to enter the amended opinion on the Court's docket.

                                  By the Court,

                                  s/Stephanos Bibas_____

Dated: January 14, 2021                    Circuit Judge
ARR/cc: AMB; SRC; RJD; MJA; WS